AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Samuel Morse, on behalf of himsel and all others similarly situated, <br> *Plaintiff* <br> v. <br> NTI Services, Corp., <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No.  2:20-cv-2173 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the order filed 9/17/2021 The Court GRANTES the Parties' Joint Motion for Approval of Settlement pursuant to Section 16(b) of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b).  This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:  09/17/2021

CLERK OF COURT

*Christi M. Wenn* (signature)
Signature of Clerk or Deputy Clerk